FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 22, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JASON CARNELL O'DAFFER, )<br>)<br>Defendant. )<br>_____ ) | No.  2:22-cr-00147-MKD-1 |

   Received Rule 5 papers from the United States District Court, Northern District of California.

CLOSED

# U.S. District Court
## California Northern District (San Francisco)
### CRIMINAL DOCKET FOR CASE #: 3:22−mj−71610−MAG−1

Case title: USA v. O'Daffer

Date Filed: 12/19/2022

Date Terminated: 03/21/2023

Assigned to: Magistrate Judge

### Defendant (1)

**Jason Carnell O'Daffer**  
*TERMINATED: 03/21/2023*

represented by **Karthik Raju**  
Federal Public Defender  
Northern District of California  
450 Golden Gate Avenue, 19th Floor  
San Francisco, CA 94102  
(415) 436−7700  
Email: karthik_raju@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**               **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**            **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                   **Disposition**

18 U.S.C. § 1343 − Wire Fraud (Counts 1−2); 18 U.S.C. § 287 − False, Fictitious, or Fraudulent Claims (Count 3)

### Plaintiff

**USA**

represented by **David J. Ward**  
U.S. Department of Justice, Antritrust Divsion  
San Francisco Field Office  
450 Golden Gate Avenue  
Room 10−0101, Box 36046  
San Francisco, CA 94102  
415−934−5300  
Fax: 415−934−5300  
Email: david.ward@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**George Hageman**
DOJ−USAO
450 Golden Gate Avenue
San Francisco, CA 94102
415−436−6511
Email: george.hageman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2022 | 1 | Notice of Proceedings on Out−of−District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Jason Carnell O'Daffer (1). (tn, COURT STAFF) (Filed on 12/19/2022) (Additional attachment(s) added on 12/19/2022: # 1 Indictment) (tn, COURT STAFF). (Additional attachment(s) added on 12/19/2022: # 2 Arrest Warrant) (tn, COURT STAFF). (Entered: 12/19/2022) |
| 12/20/2022 | 2 | Sealed Document. No NEF issued. (tn, COURT STAFF) (Filed on 12/20/2022) (Entered: 12/20/2022) |
| 03/21/2023 | 4 | CLERK'S NOTICE SETTING HEARING as to Jason Carnell O'Daffer Initial Appearance set for 3/21/2023 at 10:30 AM in San Francisco, Courtroom 14, 18th Floor before Magistrate Judge Lisa J. Cisneros. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (bns, COURT STAFF) (Filed on 3/21/2023) (Entered: 03/21/2023) |
| 03/21/2023 | 5 | Minute Entry for proceedings held before Magistrate Judge Lisa J. Cisneros: Initial Appearance as to Jason Carnell O'Daffer held on 3/21/2023. Added attorney George Hageman for USA, Karthik Raju for Jason Carnell O'Daffer. Status Conference set for 4/4/2023 at 10:30 AM in San Francisco, Courtroom 14, 18th Floor before Magistrate Judge Lisa J. Cisneros. Recording Time: 10:48− 11:01. (tn, COURT STAFF) (Filed on 3/21/2023) (Entered: 03/21/2023) |
| 03/21/2023 | 6 | WAIVER of Rule 5 & 5.1 Hearings by Jason Carnell O'Daffer (tn, COURT STAFF) (Filed on 3/21/2023) (Entered: 03/21/2023) |
| 03/21/2023 | 7 | **COMMITMENT TO ANOTHER DISTRICT as to Jason Carnell O'Daffer. Defendant committed to District of Eastern District of Washington. Signed by Magistrate Judge Lisa J. Cisneros on 3/21/2023. (tn, COURT STAFF) (Filed on 3/21/2023) (Entered: 03/21/2023)** |
| 03/21/2023 | 8 | NOTICE OF CRIMINAL CASE TRANSFER. Case transfer from California Northern to Eastern District of Washington of a Rule 5, Rule 32, or Rule 40 Appearance as to Jason Carnell O'Daffer. Your case number is: 2:22−cr−00147−MKD. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (tn, COURT STAFF) (Filed on 3/21/2023) (Entered: 03/21/2023) |

| | |
|---|---|
| STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney<br><br>THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division<br><br>DAVID J. WARD (CABN 239504)<br>Assistant United States Attorney<br><br>    450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102-3495<br>    Telephone: (415) 436-7200<br>    FAX: (415) 436-7230<br>    David.ward@usdoj.gov<br><br>Attorneys for United States of America | **FILED**<br><br>Dec 19 2022<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON CARNELL O'DAFFER,<br><br>    Defendant. | CASE NO. 3:22-mj-71610 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on December 18, 2022, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an:

    X    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Other (describe)

pending in the Eastern District of Washington, Case Number 22-CR-00147 MKD.

In that case (copy of indictment attached), the defendant is charged with a violations of Title 18 United States Code, Section 1343 (Wire Fraud) and Section 287 (False Claims).

v. 7/10/2018

1  Description of Charges: The Indictment alleges that beginning no later than on or about
2  November 9, 2021, and continuing through at least on or about May 9, 2022, in the Eastern District of
3  Washington and elsewhere, the defendant devised and intended to devise a scheme to defraud the U.S.
4  Small Business Administration's Economic Injury and Disaster Loan (EIDL) program, and to obtain
5  money and property by means of materially false and fraudulent pretenses, representations, and
6  promises. The Indictment further alleges that as part of the scheme, the defendant caused to be
7  transmitted wire communications in interstate commerce. The Indictment further alleges that defendant
8  made and presented claims to the SBA regarding and in an EIDL loan application, knowing those claims
9  were false and fraudulent.
10  The maximum penalties are as follows: For wire fraud in violation of 18 U.SC. § 1343, the
11  maximum penalty is 20 years imprisonment, a $250,000 fine, three years of supervised release,
12  forfeiture and restitution, and a $100 special assessment per count. For false claims in violation of 18
13  U.S.C. § 287, the maximum penalty is five years imprisonment, a $250,000 fine, three years of
14  supervised release, forfeiture, restitution and a $100 special assessment.

Respectfully Submitted,

STEPHANIE M. HINDS
UNITED STATES ATTORNEY

Date: December 19, 2022

*/s/ David J. Ward*
DAVID J. WARD
Assistant United States Attorney

v. 7/10/2018

| DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 13M | | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Brittany Sims | REPORTER/FTR<br>Liberty Recording: 10:48- 11:01 | |
| MAGISTRATE JUDGE<br>Lisa J. Cisneros | DATE<br>March 21, 2023 | NEW CASE ☐ | CASE NUMBER<br>22-mj-71610-MAG |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT<br>Jason Carnell O'Daffer | AGE<br>39 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Karthik Raju | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>George Hageman | INTERPRETER | | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☒ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Pepper Friesen | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | |
|---|---|---|---|---|
| ☒ INITIAL APPEAR<br>Rule 5. | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ STATUS TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF Eastern District of Washington | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>4/4/2023 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT:<br>10:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS |
| BEFORE HON.<br>Cisneros | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|
| The defendant waives his right to an identity hearing, signed waiver submitted to the Court. |

DOCUMENT NUMBER:

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

_____

| | |
|---|---|
| United States of America<br>v.<br>JASON O' DAPPER<br>*Defendant* | )<br>)  Case No. 22-mj-71610 MAG<br>)<br>)  Charging District's Case No.<br>) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3/21/23

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, <br> Plaintiff, <br> v. <br> JASON CARNELL O'DAFFER, <br> Defendant. | Case No. 3:22-mj-71610-MAG-1 (LJC) <br><br> Charging District's Case No. <br> 2:22-cr-00147-MKD |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the Eastern District of Washington

The defendant: ( ) will retain an attorney.

(X) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk of the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: March 21, 2023

LISA J. CISNEROS
United States Magistrate Judge