## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JASON CARNELL O'DAFFER,<br><br>                Defendant. | Case No. 2:22-CR-0147-MKD-1<br><br>**CRIMINAL MINUTES**<br><br>DATE: 5/10/2023<br><br>LOCATION: Spokane<br><br>**SCHEDULING CONFERENCE** |

### JUDGE MARY K DIMKE

| Linda Hansen, Spokane<br>Cora Vargas, Richland<br>**Courtroom Deputy** | LC 03<br><br>**Law Clerk** | **Interpreter** | Crystal Hicks<br><br>**Court Reporter** |
|---|---|---|---|
| Daniel H Fruchter / Tyler Tornabene<br><br>**Government Counsel** | | Colin G Prince<br><br>**Defense Counsel** | |

[ X ] Open Court                        [ ] Probation:

Defendant is in custody of the US Marshal and present in the courtroom.

The Court inquires of counsel as to the status of discovery and discuss timing for setting a trial date. Counsel anticipate three days for trial.

The Court set a trial date of **8/22/2023** in Spokane.
A Pretrial Conference was set for **8/4/2023 at 10:00 a.m. in Spokane**.
Pretrial Motions will be due on 7/14/2023.

The Court engaged the Defendant in a colloquy regarding his speedy trial rights. A Speedy Trial Waiver was executed by the defendant and provided to the Court.

Defendant is remanded to the custody of the US Marshal.

| CONVENED: 1:40 PM | ADJOURNED: 1:54 PM | TIME: 14 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|