# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON CARNELL O'DAFFER,<br><br>Defendant. | Case No. 2:22-CR-0147-MKD-1<br><br>**CRIMINAL MINUTES**<br><br>DATE: 8/4/2023<br><br>LOCATION: Spokane<br><br>**PRETRIAL CONFERENCE** |

**JUDGE MARY K DIMKE**

| Linda Hansen | | | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Tyler Tornabene | | Justin Lonergan *for Colin G Prince* | |
| **Government Counsel** | | **Defense Counsel** | |

[ X ] Open Court                        [ ] Probation:

Defendant is not present in the courtroom and is out of custody.

Mr. Lonergan advised that due to a miscommunication on counsel's part, the Defendant is not present.

The Court advised that the matter can be decided on the pleadings. Counsel are in agreement.

Tyler Tornabene made a record regarding the Government's concern as to Defendant's absence.
The Court will contact the Supervising Pretrial Services Officer to make contact with the Defendant.

Counsel will confer on a suggested expert witness disclosure date and will email Courtroom Deputy, Cora Vargas on Monday. The Court will then issue an order.

| CONVENED: 10:04 AM | ADJOURNED: 10:10 AM | TIME: 6 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|