# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | |
|---|---|---|
| U.S.A. vs. | O'Daffer, Jason Carnell | Docket No.    0980 2:22CR00147-MKD-1 |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 15, 2023**

SEAN F. McAVOY, CLERK

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jason Carnell O'Daffer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 10th day of May 2023, under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 15, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. O'Daffer. Mr. O'Daffer acknowledged an understanding of the release conditions at that time.

**Violation #1:** Jason Carnell O'Daffer is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence amphetamine and methamphetamine on July 31, 2023.

On July 31, 2023, Mr. O'Daffer reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. The sample was sent to Alere Toxicology Services, Inc., (Alere) for further analysis.

It should be noted, on August 1, 2023, Mr. O'Daffer contacted the undersigned officer and admitted he smoked fentanyl and methamphetamine on July 29 and 30, 2023. As noted above, Mr. O'Daffer only tested positive for the presence of amphetamine and methamphetamine on July 31, 2023.

On August 8, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:    August 11, 2023 |
| | by | s/Erik Carlson |
| | | Erik Carlson
U.S. Pretrial Services Officer |

Re: O'Daffer, Jason Carnell
August 11, 2023
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

8/15/23
_____
Date