# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | O'Daffer, Jason Carnell | Docket No. | 0980 2:22CR00147-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jason Carnell O'Daffer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 10th day of May 2023, under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 15, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. O'Daffer.  Mr. O'Daffer acknowledged an understanding of the release conditions at that time.

**Violation #1:** Jason Carnell O'Daffer is alleged to have violated the conditions of pretrial release supervision by admitting to smoking methamphetamine and fentanyl between September 26 and 28, 2023.

On September 27, 2023, the housing manager from the Pura Vida sober living program (Pura Vida) advised Mr. O'Daffer was being terminated from that program due to him allegedly smoking fentanyl at his assigned sober living home.

Later on September 27, 2023, Mr. O'Daffer contacted the undersigned officer and acknowledged he was terminated from Pura Vida due to smoking fentanyl.

On September 28, 2023, Mr. O'Daffer reported to the U.S. Probation Office and met with the undersigned officer.  During that meeting, Mr. O'Daffer admitted he smoked methamphetamine on September 26, 2023.  Additionally, Mr. O'Daffer admitted to smoking fentanyl on multiple occasions (approximately 30 pills total) between September 26 and 28, 2023.  Subsequently, Mr. O'Daffer signed a substance abuse admission form acknowledging his use of methamphetamine and fentanyl.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:  September 28, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: O'Daffer, Jason Carnell
September 28, 2023
Page 2

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

9/28/23
Date